**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 16, 2012

Lyle W. Cayce
Clerk

No. 11-50812
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ELIZABETH MARCHAND,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:11-CR-346-1

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Elizabeth Marchand has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Marchand has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Marchand's response. Marchand argues that she did not receive three points for acceptance of responsibility, but the record reflects that the court ultimately did award those

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

points.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.   *See* 5TH CIR. R. 42.2.